No. 04–7393. BURSEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7395. VALLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7396. YIM, AKA PIGMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7397. KAEMMERLING *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7401. STRANGE *v.* CONTINENTAL CASUALTY CO. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 04–7411. LOPEZ-SANTOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7417. TRANI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7420. RATLIFF *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7422. ROTHWELL *v.* KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7423. SIMMONS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–7424. TOWNSEND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7425. THOMPSON *v.* BROWNLEE, ACTING SECRETARY OF THE ARMY. C. A. 10th Cir. Certiorari denied.

No. 04–7426. MERRITT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7431. CALDERON-PENA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7433. BERROA ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.